RYAN, Judge,
joined by ERDMANN, Judge (concurring in part and in the result):
For the reasons stated in my dissent in United States v. Lopez de Victoria, 66 M.J. at 74 (C.A.A.F.2008) (Ryan, J., dissenting) I would hold that we have no jurisdiction over this case in its present procedural posture. However, the Court has found that we have jurisdiction, and I agree with the opinion of the Court on the merits. Consequently, I concur in the judgment. See, e.g., McKelvey v. Turnage, 792 F.2d 194, 210 (D.C.Cir.1986) (Scalia, J., concurring in part and dissenting in part) (participating on the merits after finding, contrary to the majority, that no jurisdiction existed). I do not intend, going *82 forward, to revisit my dissent on the jurisdictional point in every appeal of a Court of Criminal Appeals decision stemming from an Article 62, Uniform Code of Military Justice, 10 U.S.C. § 862 (2000), appeal: a majority of the Court has held that we have jurisdiction.